UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re: KEITH KREPPEIN AND
REBECCA KREPPEIN
                Debtor(s).

Case No. 17-10940
Chapter 13

## LOSS MITIGATION REQUEST BY DEBTOR(S) AND CERTIFICATE OF SERVICE

PURSUANT TO SECTION V OF THE COURT'S LOSS MITIGATION PROGRAM PROCEDURES, THE CREDITOR NAMED HEREIN HAS 14 DAYS FROM SERVICE OF THIS REQUEST TO FILE AND SERVE AN OBJECTION TO LOSS MITIGATION REQUEST AND A NOTICE OF HEARING ON OBJECTION TO LOSS MITIGATION REQUEST ON THE DEBTOR(S), DEBTOR(S)' ATTORNEY, AND THE CASE TRUSTEE. IF AN OBJECTION TO LOSS MITIGATION REQUEST AND A NOTICE OF HEARING ON OBJECTION TO LOSS MITIGATION REQUEST ARE NOT FILED, THE COURT MAY ENTER A LOSS MITIGATION ORDER.

### I. IDENTIFICATION OF THE PROPERY AND THE PARTIES:

I am/We are the Debtor(s) in this case and hereby request to enter into the Loss Mitigation Program with respect to my/our Property located at:

Address: **49 IRIS AVE**

**SOUTH GLENS FALLS, NY 12803** ;

With the following Creditor:

Creditor's Name and Address:

**DITECH FINANCIAL LLC**

**PO BOX 6154**

**RAPID CITY, SD 57709-7785**

With respect to the Property, Creditor is the holder of a:

☑ First Mortgage
☐ Second Mortgage
☐ Other (please specify): _____

1

## II. SIGNATURE:

I understand that if the court orders Loss Mitigation in this case, I am required to comply with the Loss Mitigation Program Procedures and will participate in good faith. **I understand that Loss Mitigation is voluntary for all parties and that I am not required to enter into any agreement or settlement with any other party as part of entry into the Loss Mitigation Program. I also understand that no other party is required to enter into any agreement or settlement with me.** I understand that I am not required to request dismissal of my case as part of any resolution or settlement that is offered or agreed to during Loss Mitigation. I also understand that if a Loss Mitigation Order is entered, I am responsible pursuant to section VII(B) of the Loss Mitigation Program Procedures for adjourning any matters pending between the Loss Mitigation Parties for which I am the movant. I certify that the Property in question consists only of real property used as my principal residence in which I hold an interest.

Dated: 2/6/18          /s/ Keith Kreppein
                       Debtor

Dated: 2/6/18          /s/ Rebecca Kreppein
                       Joint Debtor


## III. LOSS MITIGATION CONTACT INFORMATION FOR ATTORNEY FOR DEBTOR(S):

Name: David H Swyer

Title: Attorney

Firm: Law Office of David H Swyer

Address: 237 South Pearl St

Address 2:

City: Albany                               State: NY    Zip Code: 12202

Phone No.: 518-463-7857                    Facsimile No.: 518-463-7863

Email Address: dswyer@swyerlaw.onmicrosoft.com

2

(LM:01 Request by Debtor(s) rev. 03-15-2016)

## IV. CERTIFICATE OF SERVICE:

I, Katharine LaBoda, state under penalty of perjury that the following is true and accurate.

(1) That I am not a party to this action, am over 18 years of age, and reside in Watervliet, New York.

(2) That on February 7, 20 18, I served a true and accurate copy of the above Loss Mitigation Request by Debtor(s)—

☑ by notice of electronic filing (NEF) via the CM/ECF system upon the following parties at the email addresses listed below:

ANDREA E CELLI-TRUSTEE
INQUIRIES@CH13ALBANY.COM & LEGAL@CH13ALBANY.COM
US TRUSTEE
USTPREGION02.AL.ECF@USDOJ.GOV

☑ by first class mail upon the following parties at the addresses listed below:

Timothy D. Padgett, PA
6267 Old Water Oak Rd, Suite 203
Tallahassee, FL 32312

☑ by certified mail upon the following parties at the addresses listed below:

Rosicki, Rosicki & Associates PC
51 East Bethpage Rd
Plainview, NY 11803

Ditech Financial LLC
PO BOX 6154
Rapid City, SD 57709-6154

Dated: February 7, 20 18
Albany, New York

_____
Name

Sworn to before me this

7th day of February, 20 18

_____
Notary Public, State of New York

DAVID H. SWYER
Notary Public, State of New York
No. 02SW4978270
Qualified in Albany County
Commission Expires February 25, 20 19

(LM:01 Request by Debtor(s) rev. 03-15-2016)