UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re: KEITH KREPPEIN & REBECCA M KREPPEIN    Case No. 17-10940
Chapter 13

Debtor(s).

# LOSS MITIGATION STATUS REPORT

This Loss Mitigation Status Report is submitted pursuant to the court's Loss Mitigation Program Procedures.

## PART I — GENERAL INFORMATION

a. Full description of the Property:
PERSONAL RESIDENCE LOCATED AT:
49 IRIS AVE
SOUTH GLENS FALLS, NY 12803

| b. Name and address of Creditor: | Name, address, and telephone number of Creditor's attorney: |
|---|---|
| DITECH FINANCIAL LLC<br>F/K/A GREEN TREE SERVICING LLC<br>PO BOX 6154<br>RAPID CITY, SD 57709-6154 | JADWIGA SZAJNER, ESQ.<br>RAS BORISKIN, LLC<br>900 MERCHANTS CONCOURSE LL-13<br>WEST BURY, NY 11590 |
| Has Creditor filed a proof of claim?<br>✔ Yes    ☐ No | |

(LM:08 Loss Mitigation Status Report rev. 03-15-2016)

## PART II — LOSS MITIGATION PROGRAM

a. On 02/07/2018, a Loss Mitigation Request was filed by:

✔ Debtor(s).                              Other party: _____.

   Creditor.                              The court raised the possibility of Loss Mitigation.

b. Loss Mitigation Order:

   ✔ A Loss Mitigation Order was entered on 02/26/2018.

   ✔ The Loss Mitigation Order was served on 03/01/2018.

c. At this time, the Debtor(s) is/are:

   making on-going post-petition monthly mortgage payments in the amount of $_____

     directly to the Creditor.

     to the standing trustee.

   ✔ not making on-going post-petition monthly mortgage payments.

d. If the underlying bankruptcy case is one filed under chapter 12 or 13, has a plan been confirmed?
   Yes   ✔ No

e. Creditor served a Request for Information and Documents on 03/12/2018.

   Debtor(s) served a Response to the Creditor's Request on _____.

     All Information and Documents have been produced.

   ✔ The following Information and Documents are still outstanding:
     THE ENTIRE LIST OF ORIGINALLY REQUESTED DOCUMENTS
     _____.

f. Debtor(s) served a Request for Information and Documents on _____.

   Creditor served a Response to the Debtor(s)' Request on _____.

     All Information and Documents have been produced.

     The following Information and Documents are still outstanding:
     _____
     _____.

(LM:08 Loss Mitigation Status Report rev. 03-15-2016)

g. The Loss Mitigation Parties have participated in  0    Loss Mitigation Session(s) and:

    A resolution has been reached.

    A resolution has not been reached because:

    _____
    _____.

h. Prior Loss Mitigation Status Report (if applicable):

    A Prior Loss Mitigation Status Report was submitted on _____.

    A Prior Loss Mitigation Status Report was submitted on _____.

    A Prior Loss Mitigation Status Report was submitted on _____.

i. Additional information relevant to the Loss Mitigation Parties reaching a final resolution:

    _____

    _____

    _____

    _____.

## PART III — OTHER MORTGAGES/LIENS AGAINST THE PROPERTY

_____
ORDER GRANTED VOIDING JUNIOR MORTGAGE LIEN -COUNTRYWIDE HOME LOAN CLAIM
#4-1

Dated: 05/04/2018

/s/ David H. Swyer
Name  DAVID H SWYER
Firm   LAW OFFICE OF DAVID H SWYER
Attorney(s) for Debtor(s)/Creditor
Address  237 SOUTH PEARL ST, ALBANY, NY 12202
Telephone Number  518-463-7857
Email Address  DSWYER@SWYERLAW.ONMICROS
N.D.N.Y. Bar Roll Identification No. 505763

(LM:08 Loss Mitigation Status Report rev. 03-15-2016)