

June 1, 2018

Honorable Robert E. Littlefield, Jr.
United States Bankruptcy Court
Northern District of New York
James T. Foley United States Courthouse
445 Broadway, Suite 330
Albany, New York 12207

        **In Re:  Keith Kreppein and Rebecca M Kreppein**
        **Case No. 17-10940-1-rel**

Dear Judge Littlefield,

    Our firm represents Ditech Financial LLC (hereinafter "Ditech"), a secured creditor of the above-named Debtors.  On February 26, 2018 a Loss Mitigation Order was entered by this Court. We would respectfully request that the below serve as a status update on the aforementioned loss mitigation proceeding.

    Ditech retained our firm to take over representation on its behalf in Loss Mitigation conferences and proceedings.  On March 12, 2018, a Creditor Affidavit and Financial Package were provided to Debtors' Attorney by ECF notice and by email.   On May 4, 2018, Debtors' Attorney filed a status report indicating that the entire list of originally requested documents were outstanding.  To date, Debtors have failed to provide a financial package for our client to review for a loan modification.

    Based on the above, we respectfully request this Court terminate Loss Mitigation, as Debtors have not complied with this District's Loss Mitigation procedures.

    Thank you for your consideration of this matter.  Should you have any questions or if I can be of any further assistance, please feel free to contact me.

        Respectfully,

        /s/ *Stephani A. Schendlinger*
        Stephani A. Schendlinger Esq.
        RAS Boriskin, LLC
        sschendlinger@rasboriskin.com

cc:  David H. Swyer., Esq (Via ECF)