**United States Bankruptcy Court**
**Northern District of New York**
**All Divisions (Albany, Syracuse and Utica)**

**This Form Is To Be Used Confirmation Hearings[1] Only.**

Division:  NORTHERN DISTRICT OF NEW YORK

Case Name:  KEITH AND REBECCA KREPPEIN

Case No.:  17-10940

☒    Adjournment Request[2] for Hearing on Confirmation of Plan Filed at Docket  11

No. Reason for Adjournment Request:  LOSS MITIGATION ONGOING

Original Return Date of Confirmation Hearing:  08/24/2017

Number of prior adjournment request that have been made:  4

☐   Notification of Withdrawal of ☐ Plan; ☐ Objection; ☒ Other:  LOSS MIT
    Filed at Docket No.:  _____

☐   Notification of Settlement of Objection Filed at Docket No.:  _____

Present Date of Confirmation Hearing:  6/21/18

Requested Adjourned Confirmation Hearing Date:  7/26/2018

Requesting Attorney's Name, Office Address, Phone and Email Address:
DAVID H. SWYER
237 SOUTH PEARL ST
ALBANY, NY 12202
518-463-7857
DSWYER@SWYERLAW12202@AOL.COM

Consent of All Parties Obtained?    ☒ Yes  ☐  No  -  *Absent compelling reasons, adjournments will not be granted without the consent of all parties.*

Cc:  INQUIRIES@CH13ALBANY.COM

**This Form Must Be E-Filed Not Later Than 2 p.m. on the Day Prior to the Hearing.  When E-Filing, This Form Must Be Linked to the Plan to Which the Request/Notification Pertains.**

---

[1] See www.nynb.uscourts.gov for the form relative to hearings on the motion calendar.
[2] If your request is denied, you will be notified by Chambers.

CH:LR9013B(11/05/2012)